IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BETTIE DANIELS | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | NO. 15-4821 |
| SEARS AND SEARS ROEBUCKS AND COMPANY | : : | |

### O R D E R

**AND NOW**, this  10th  day of  February , 2016, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 17), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **GRANTED**. The Clerk is directed to enter **JUDGMENT** in favor of Defendant and against Plaintiff and mark this matter closed.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**